**Order entered December 9, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00530-CV

**BRIAN LONCAR AND SUE LONCAR, INDIVIDUALLY AND AS NEXT FRIENDS OF H.L., A MINOR, A.L., A MINOR, AND G.L., A MINOR, Appellants**

**V.**

**THE CITY OF DALLAS, PROGRESSIVE COUNTY MUTUAL INSURANCE, AND CHUBB LLOYDS/INSURANCE COMPANY OF TEXAS, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-06753-C**

## ORDER

Before the Court is appellants' unopposed December 7, 2016 second motion to extend time to file appellants' brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed by January 11, 2017.

/s/    ELIZABETH LANG-MIERS
       JUSTICE